**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TYRONE STEWART,

      Plaintiff,

v.                                                                                  Case No.       07-15022

COMMISSIONER OF SOCIAL SECURITY,            District Judge Arthur J. Tarnow

      Defendant.                                     Magistrate Judge Michael Hluchaniuk

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION [21];**
**DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [13];**
**AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [20]**

The court ADOPTS Magistrate Judge Hluchaniuk's report and recommendation. No objections were filed.

Accordingly, plaintiff's motion for summary judgment is DENIED, and the defendant's motion for summary judgment is GRANTED.

SO ORDERED.


                                            S/ARTHUR J. TARNOW
                                            Arthur J. Tarnow
                                            United States District Judge

Dated:  March 30, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 30, 2009, by electronic and/or ordinary mail.

                                            S/FELICIA M. MOSES
                                            Case Manager